```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALCIDES POLANCO,

                Plaintiff,

      - against -

THE CITY OF NEW YORK, et al.,

                Defendant.
------------------------------------------------------------x

09 Civ. 10131 (RMB)

**ORDER OF DISCONTINUANCE**

        Based upon Plaintiff's letter, dated May 11, 2010, indicating that "the parties have settled the action in principle," it is hereby

        **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before May 26, 2010 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

Dated: New York, New York
        May 11, 2010

                                              _____
                                              **Richard M. Berman, U.S.D.J.**